April 18, 1956

**No. 59867.**—Pacific Customs Brokerage Company *v.* United States, petition 7114–R.——C. D. 1766. Petitioner's application for rehearing granted.

Before the Second Division, April 26, 1956

**No. 59868.**—*Rivoli Scarf & Novelty Co.* et al. *v.* United States, protests 258642–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc.*, et al. (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

Before the Third Division, April 26, 1956

**No. 59869.**—The Keepnews Co. *v.* United States, protest 252964–K (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.